** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 5, 2022 at 12:35:50 AM EDT | +12404749959 | 56 | 2 | Received |

Case: 1:22-cv-04478 Document #: 11 Filed: 10/04/22 Page 1 of 2 PageID #:26

2022-10-05 04:34 UTC - +12404749959 PAGE 1/2

# Fax

**FILED**
**10/4/2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2022-10-05 04:34:51 UTC
2 pages
(including cover)

## TO

**Name:** Honorable Thomas M. Durkin
**Number:** +1 312-554-8061

## SUBJECT

Case Number: 1:22-cv-04478

## MESSAGE

URGENT
Phone number: 937-710-7831
Email: Waltercole2008@gmail.com
I work Monday though Friday 230-11
Eastern standard time.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Plaintiff<br>HP TUNERS, LLC, a Nevada limited company<br>v.<br><br>Defendant<br>Walter Cole, an individual | Case Number: 1:22-cv-04478<br><br>Judge: Honorable Thomas M. Durkin<br><br>Magistrate Judge: Honorable Sunil R. Harjani |

I respectfully request a 30 day extension of time on this day 10/05/2022.

I have searched for counsel and have yet to obtain such.

This letter does not serve as an appearance.

I will be filing a motion to dismiss under rule 12 for lack of jurisdiction.

Thank you for your time in this matter, Walter James Cole

x _Walter Cole_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]