# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

HP Tuners LLC

                        Plaintiff,

v.                                       Case No.: 1:22–cv–04478

                                            Honorable Thomas M. Durkin

Walter Cole

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendant Walter Cole's motion for extension of time to file answer [11] is granted. Defendant is to respond to plaintiff's complaint by 11/7/2022. The 11/1/2022 joint status report deadline is extended to 11/21/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.