# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HP TUNERS LLC, a Nevada limited liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-04478 |
| WALTER COLE, an individual | ) ) ) |
| Defendant. | ) ) |

## STATUS REPORT PURSUANT TO COURT ORDER ENTERED ON AUGUST 16, 2023 (ECF 24)

Plaintiff HP Tuners and Defendant Walter Cole, by their attorneys, hereby submit the following Status Report on settlement pursuant to the Court's Order dated August 16, 2023, and in support hereof states as follows:

1. Plaintiff and Defendant have memorialized a written settlement agreement which has been circulated to Defendant via DocuSign for execution.

2. Plaintiff is awaiting Defendant's electronic execution of the document in DocuSign or for Defendant to physically sign and return a wet ink signature of the draft settlement agreement.

3. Counsel for Plaintiff has repeatedly followed up with Defendant's counsel concerning this matter and Defendant's counsel has followed up repeatedly with his client but the executed copy of the settlement agreement via DocuSign or with a wet ink signature has not yet been received from Defendant.

1

2

| | |
|---|---|
| Dated: August 23, 2023 | Respectfully submitted, |
| | ATTORNEY FOR PLAINTIFF |
| | MARKS & KLEIN, LLP |

*/s/ Andrew P. Bleiman*
Andrew P. Bleiman
Marks & Klein, LLC
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
(732) 219-0625 (fax)


ATTORNEY FOR DEFENDANT

SUBURBAN LEGAL GROUP

*/s/ John P. Carlin*

John P. Carlin
Attorney At Law
Suburban Legal Group PC
1305 Remington Road, Suite C
Schaumburg, IL 60173
P: 847-843-8600 F: 847-850-2762

2