# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

HP Tuners LLC

                    Plaintiff,

v.                                             Case No.: 1:22–cv–04478
                                                      Honorable Thomas M. Durkin

Walter Cole

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: By agreement of the parties, the status conference set for 9/29/23 is vacated and this case is dismissed with leave to reinstate within 60 days of the date of this order. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.